Thomas Wallace TUCKER, Appellant, v. STATE of Texas, Appellee.

No. 21594.

Court of Criminal Appeals of Texas.

April 23, 1941.

H. R. Bishop, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted of murder by the district court of Tarrant County and assessed a penalty of 14 years in the penitentiary. His appeal was perfected to this court, but he has subsequently filed herein, in accordance with law, his affidavit stating his desire to withdraw his appeal and to no longer prosecute the same. Accordingly, his motion is granted and the appeal is dismissed.

UNIVERSAL LIFE & ACCIDENT INSURANCE COMPANY, Appellant, v. Odessa LAMPKIN et al., Appellees.

No. 10935.

Court of Civil Appeals of Texas.

San Antonio.

April 2, 1941.

C. O. Hamlin, of Corpus Christi, for appellant.

Frank W. Nesbitt, of Corpus Christi, for appellees.

PER CURIAM.

Affirmed without written opinion, on authority of Associated Indemnity Corporation v. Gatling, Tex.Civ.App., 75 S.W.2d 294.